**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00747-WYD-MEH

UNIVERSAL AM-CAN, LTD.,

    Plaintiff,

v.

TFORCE ENERGY SERVICES, INC.,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

    THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 32).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice, each party to bear its own costs.  Accordingly, it is

    ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 32) is **APPROVED**.  This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

    Dated:  August 31, 2015

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel,
                                          Senior United States District Judge